IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


UNITED STATES OF AMERICA

      VS.          :       No. 2:10-mj-858
                             MAGISTRATE JUDGE KEMP
ELIAS CARDENEZ

<u>O R D E R</u>

Upon application and for good cause shown, the United
States' Motion (docket entry #13) to Dismiss Complaint is hereby
granted.  The complaint filed herein with the United States
Magistrate against the named defendant is hereby dismissed.  A
certified copy of this Order shall be the authority of the United
States Marshal and other persons concerned to act in the
premises.


 December 29, 2011           ***/s/ Terence P. Kemp***
DATE                        UNITED STATES MAGISTRATE JUDGE